FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG - 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2012 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR **SA CR 13-0143** |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [18 U.S.C. § 1591(a)(1): Sex Trafficking by Force, Fraud or Coercion; 18 U.S.C. § 2421: Transportation into Prostitution] |
| WILLIAM EARL FLAVORS, aka "Andre," | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1591(a)(1)]

From on or about May 2, 2012, through on or about October 21, 2012, in Orange County, within the Central District of California, and elsewhere, defendant WILLIAM EARL FLAVORS, also known as "Andre," knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means C.G., knowing and in reckless disregard of the fact that force, threats of force,

fraud, and coercion would be used to cause C.G. to engage in a commercial sex act.

COUNT TWO

[18 U.S.C. § 2421]

On or about September 1, 2012, within the Central District of California, and elsewhere, defendant WILLIAM EARL FLAVORS, also known as "Andre," did knowingly and willfully transport C.G. and K.W. in interstate commerce from the State of California to the State of Nevada, with the intent that C.G. and K.W. would engage in prostitution and any sexual activity for which a person could be charged with a criminal offense.

## COUNT THREE

[18 U.S.C. § 2421]

From on or about September 8, 2012, through on or about September 9, 2012, within the Central District of California, and elsewhere, defendant WILLIAM EARL FLAVORS, also known as "Andre," did knowingly and willfully transport C.G. in interstate commerce from the State of California to the State of Nevada, with the intent that C.G. would engage in prostitution and any sexual activity for which a person could be charged with a criminal offense.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

[signature]

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JEANNIE JOSEPH
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

BRETT A. SAGEL
SANDY N. LEAL
Assistant United States Attorneys